**William Paul RAMEY, Jr., Petitioner—Appellant,**

v.

**Gene JOHNSON, Director of the Virginia Department of Corrections; Tracy Ray, Warden; Jerry Kilgore, Attorney General of the State of Virginia, Respondents—Appellees.**

No. 05–6882.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 20, 2005.

Decided: Oct. 28, 2005.

Gary Gray Gilliam, Sr., Gilliam Law Office, PC, Norton, Virginia, for Appellant.

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William Paul Ramey, Jr., seeks to appeal the district court's order denying as untimely his petition filed under 28 U.S.C. § 2254 (2000). We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R.App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R.App. P. 4(a)(5) or reopens the appeal period under Fed. R.App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." *Browder v. Director, Dep't of Corr.*, 434 U.S. 257, 264, 98 S.Ct. 556, 54 L.Ed.2d 521 (1978) (quoting *United States v. Robinson*, 361 U.S. 220, 229, 80 S.Ct. 282, 4 L.Ed.2d 259 (1960)).

The district court's judgment was entered on the docket on May 3, 2005. The notice of appeal was filed on June 3, 2005. Because Ramey failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we deny a certificate of appealability and dismiss the

appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*